IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

GARRY COBB                                                                                     PLAINTIFF

v.                                           NO.  3:05cv00228 JWC

LINDA S. McMAHON,
Acting Commissioner,
Social Security Administration                                                         DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order filed this date, judgment is entered affirming the final decision of the Commissioner and dismissing this case with prejudice; the relief sought is denied.

IT IS SO ORDERED this 12th day of February, 2007.


_____
UNITED STATES MAGISTRATE JUDGE